**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM ANGULO, et al,**

    **Plaintiffs,**

v.                                     **CASE NO. 3:07-cv-643-J-16MCR**

**APARTMENT INVESTMENT AND**
**MANAGEMENT COMPANY, AIMCO**
**PROPERTIES, L.P., and NHP MANAGEMENT, INC.,**

    **Defendants.**

_____/

**ORDER**

Before the Court is the Defendants' Renewed Motion to Dismiss Pro Se Plaintiffs for Failure to Prosecute (Dkt. #39) filed October 29, 2008. No response has been filed. For the reasons that follow, this Motion will be **GRANTED**.

After a review of the record, it appears to the Court that the Absent Plaintiffs have failed to prosecute their claims. In the Court's Order of August 18, 2008 these Absent Plaintiffs were directed that if they did not retain substitute counsel, they would be proceeding *pro se* and subject to the same law and rules of court as litigants who are represented by counsel. They were also warned that failure to comply with these requirements and obligations could have significant consequences which may result in sanctions including dismissal of this case. The Defendants state in their Motion that. the Absent Plaintiffs have failed to respond to Defendants' requests for discovery. It is also clear from the record that these Plaintiffs have failed to keep the Court advised of their proper mailing addresses. Accordingly, it is therefore

**ORDERED** that Defendants' Renewed Motion to Dismiss Pro Se Plaintiffs (Dkt #39) is

**GRANTED**.  The Clerk's Office is directed to dismiss the following Plaintiffs from this case:

| | |
|---|---|
| Carlos Alfaro | Kelly Mahan |
| Arvester Anderson | William McCann |
| James Ballish | Andre McEachin |
| John Biddle | Owsin Minor |
| Michael Billick | Jorge Moreno |
| Julio Botex | Pedra Nodarse |
| Mario Delcid | Dana Ofeldt |
| Mariano Diaz | Antonio Perez |
| Theodore Dority, Jr. | Emilio Rodriguez |
| Vladimir Fernandez | Joel Rodriguez |
| Nick Foster | Rassiel Rodriguez |
| Jose Gonzalez | Andres Ross |
| Jeffery Gordon | Larry Simond |
| Allan Harrison | Kenneth Simpson |
| Mario Iglesias | Kenneth Singleton |
| Reginald Jackson | Albert Valle |
| Darryl Johnson | Carlos Thompson |
| William Kilosky | Frank Yanes-Ruano |
| Ramona Lugo | Lawrence Verderosa |

Additionally, since the above Plaintiffs have failed to provide the Court with valid addresses, the Clerk is not required to mail a copy of this Order to the above Plaintiffs.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2008.

JOHN H. MOORE II
United States District Judge

c:	Counsel of record
	*Pro Se* Parties